B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Trade Secret, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Schedule 1 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>84-0811292 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>3762 14th Avenue # 200<br>Markham, Canada      ZIP CODE<br>                 L3R 0G7 | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>N/A | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
    *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Trade Secret, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
| --- | --- | --- |
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
| --- | --- | --- |
| Name of Debtor: See Schedule 2 | Case Number: TBD | Date Filed: July 6, 2010 |
| District: District of Delaware | Relationship: Affiliates | Judge: TBD |

| Exhibit A | Exhibit B |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    (Name of landlord that obtained judgment)

    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Trade Secret, Inc. |
|---|---|//

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>(If no attorney represents me and no bankruptcy petition preparer signs the petition) I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br>X /s/ Joseph M. Barry<br>Signature of Attorney for Debtor(s)<br>Joseph M. Barry (No. 4221)<br>Printed Name of Attorney for Debtor(s)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Firm Name<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801-0391<br>Address<br>(302) 571-6600<br>Telephone Number<br>July 6, 2010<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Brian Luborsky<br>Signature of Authorized Individual<br>Brian Luborsky<br>Printed Name of Authorized Individual<br>Chief Executive Officer<br>Title of Authorized Individual<br>July 6, 2010<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SCHEDULE 1 TO VOLUNTARY PETITION

The Debtors have used the following other names during the previous 8 years, which includes trade names the Debtors have registered with various states:

    Trade Secret
    Beauty Express
    Everyday Beautiful
    Trade Secret Salon Boutique
    BeautyFirst
    Capelli Trade Secret
    PureBeauty
    Beauty Studio
    Beauty Warehouse
    Urban Essentials
    BeautyFirst Beauty Store Color Salon Spa
    Club PureBeauty

# SCHEDULE 2 TO VOLUNTARY PETITION
## AFFILIATED ENTITIES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware. Contemporaneously with the filings of such petitions, the below entities are filing a motion requesting joint administration of their chapter 11 cases.

Premier Salons Beauty Inc.
Trade Secret, Inc.
Premier Salons Trade Secret Inc.
BeautyFirst, Inc.
Trade Secret Beauty Stores Inc.
Trade Secret Exclusive Stores Inc.
Trade Secret Luxury Stores Inc.
PureBeauty, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRADE SECRET, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-_____ (____)<br><br>(Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Trade Secret, Inc. and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above captioned cases (collectively the "Debtors"), filed voluntary petitions in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. This list of creditors holding the twenty (20) largest unsecured claims (the "Top 20 List") has been prepared on a consolidated basis, from the Debtors' books and records as of July 5, 2010. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) creditors who assert that their claims are secured by the assets of one or more of the Debtors. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff does not constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim. The Debtors' rights with respect to all claims are hereby reserved.

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret Inc. (EIN XX-XXX9005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-XXX9865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Avenue, # 200, Markham, Ontario L3R 0G7, Canada.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 1 | PROCTOR & GAMBLE | PROCTOR & GAMBLE<br>6109 Desoto Avenue<br>Woodland Hill, CA  91367<br>PH  1-800-789-9617<br>FX  1-678-229-3404 | Trade Debt | | $1,168,875.71 |
| 2 | LOREAL GROUP | LOREAL GROUP<br>575 Fifth Avenue<br>New York, NY  10017<br>PH  1-330-655-1281<br>FX  1-330-655-1292 | Trade Debt | | $1,084,344.00 |
| 3 | KENRA LABORATORIES, INC. | KENRA LABORATORIES, INC.<br>22 E. Washington Street, 5th Floor<br>Indianapolis, IN  46204<br>PH  1-800-930-7777<br>FX  1-317-308-2185 | Trade Debt | | $718,012.09 |
| 4 | SEXY HAIR CONCEPTS, LLC | SEXY HAIR CONCEPTS, LLC<br>21551 Prairie Street<br>Chatsworth, CA  91311<br>PH  1-818-435-0875<br>FX  1-818-435-0891 | Trade Debt | | $667,080.80 |
| 5 | FAROUK SYSTEMS | FAROUK SYSTEMS<br>250 Pennbright, Suite 150<br>Houston, TX  77090<br>PH  1-281-876-2000<br>FX  1-866-449-9025 | Trade Debt | | $657,810.25 |
| 6 | KPSS, INC. | KPSS, INC.<br>981 Corporate Blvd.<br>Linthicum Heights, MD  21090<br>PH  1-800-288-9118 ext. 3105<br>FX  1-410-684-2966 | Trade Debt | | $559,336.75 |
| 7 | JOHN PAUL MITCHELL SYSTEMS | JOHN PAUL MITCHELL SYSTEMS<br>20705 Centre Pointe Park<br>Santa Clarita, CA  91350<br>PH  1-661-298-0296<br>FX  1-661-298-7628 | Trade Debt | | $439,261.80 |
| 8 | OPI PRODUCTS, INC. | OPI PRODUCTS, INC.<br>13034 Saticoy Street<br>N. Hollywood, CA  91605<br>PH  1-630-213-8990  Ext. DESK<br>FX  1-630-213-8661 | Trade Debt | | $373,072.74 |

---

[2] The Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 9 | JOHN ROBERTS COMPANY | JOHN ROBERTS COMPANY<br>9687 East River road<br>Minneapolis, MN 55433<br>PH 1-763-755-5500<br>FX 1-763-755-0394 | Trade Debt | | $301,344.17 |
| 10 | TIGI LINEA HAIRCARE | TIGI Linea<br>1655 WatersRidge Drive<br>Lewisville, TX 75057<br>PH 1-800-259-8596 ext. 2929<br>FX 1-972-353-0443 | Trade Debt | | $278,288.04 |
| 11 | DEVA CONCEPTS | DEVA CONCEPTS<br>560 Broadway, Suite 206<br>New York, NY 10012<br>PH 1-212-343-0344 ext. 0121<br>FX 1-646-613-1428 | Trade Debt | | $269,662.38 |
| 12 | T3 MICRO, INC. | T3 MICRO, INC.<br>228 Main Street, Suite 12<br>Venice, CA 90291<br>PH 1-310-452-2888 ext. 0003<br>FX 1-310-450-3888 | Trade Debt | | $266,328.00 |
| 13 | JOICO LABORATORIES | JOICO LABORATORIES<br>300 Forge Road<br>Geneva, NY 14456<br>PH 1-800-242-9283<br>FX 1-203-656-7771 | Trade Debt | | $214,265.17 |
| 14 | COLIMER GROUP | COLIMER GROUP<br>1515 Wazee, Suite 200<br>Denver, CO 80202<br>PH 1-303-968-1218<br>FX 1-202-291-1299 | Trade Debt | | $212,143.86 |
| 15 | GLOPROFESSIONAL | GLOPROFESSIONAL<br>600 W. Bayaud Avenue, Dept. 100<br>Denver, CO 80223<br>PH 1-800-232-0398<br>FX 1-303-892-8289 | Trade Debt | | $204,723.73 |
| 16 | HELEN OF TROY CORPORATION | HELEN OF TROY CORPORATION<br>One Helen of Troy Plaza<br>El Paso, TX 79912<br>PH 1-800-487-8432<br>FX 1-915-225-6836 | Trade Debt | | $201,126.16 |
| 17 | FORD & HARRISON LLP | FORD & HARRISON LLP<br>271 17th Street NW, Suite 1900<br>Atlanta, Georgia 30363<br>PH: 1-404-888-3800<br>FX: 1-404-888-3863 | Professional Fees | Contingent, Unliquidated | ~$200,000.00 |

3

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 18 | BEAUTYX/FHI HEAT, INC. | BEAUTYX/FHI HEAT, INC.<br>30575 Bainbridge Road<br>Suite 200<br>Solon, OH 44139<br>PH 1-877-289-6287<br>FX 1-561-955-9879 | Trade Debt | | $187,944.03 |
| 19 | GENPAK | GENPAK<br>9611 James Avenue South<br>Bloomington, MN 55431<br>PH 1-952-435-6658<br>FX 1-952-435-9577 | Trade Debt | | $156,304.16 |
| 20 | AMERICAN INTERNATIONAL INDUSTRIES | AMERICAN INTERNATIONAL INDUSTRIES<br>2220 Gaspar Avenue<br>Los Angeles, CA 90040<br>PH 1-952-440-3244<br>FX 1-952-440-3248 | Trade Debt | | $141,477.80 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRADE SECRET, INC., *et al.*,[1] | Case No. 10-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

I, Brian Luborsky, Chief Executive Officer of Trade Secret, Inc., one of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors holding the 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date: July 6, 2010
Markham, Ontario, Canada

Brian Luborsky
Chief Executive Officer
Trade Secret, Inc., on behalf of the Debtors

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret Inc. (EIN XX-XXX0005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-XXX9865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Ave # 200, Markham L3R 0G7, Canada.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRADE SECRET, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-_____ (____)<br><br>(Joint Administration Requested) |

## DEBTORS' OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") state as follows:

1. The Luborsky Family Trust II owns 100% of the ownership interests of Debtor Premier Salons Beauty Inc.

2. Debtor Premier Salons Beauty Inc. owns 100% of the ownership interests of each of Debtor Trade Secret, Inc. and Debtor Premier Salons Trade Secret, Inc.

3. Debtor Trade Secret, Inc. owns 100% of the ownership interests of each of Debtor BeautyFirst, Inc.; Debtor Trade Secret Beauty Stores Inc.; Debtor Trade Secret Exclusive Stores Inc.; and Debtor Trade Secret Luxury Stores Inc.

4. Debtor BeautyFirst, Inc. owns 100% of the ownership interests of Debtor PureBeauty, Inc.

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret, Inc. (EIN XX-XXX9005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-XXX9865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Avenue, # 200, Markham, Ontario L3R 0G7, Canada.

## DECLARATION CONCERNING DEBTORS' OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Brian Luborsky, Chief Executive Officer of Premier Salons Beauty Inc., one of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Debtors' Ownership Statement Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: July 6, 2010
Markham, Ontario, Canada

_____
Brian Luborsky
Chief Executive Officer
Trade Secret, Inc., on behalf of the Debtors

# WRITTEN CONSENT OF DIRECTORS OF
# TRADE SECRET, INC.

THE UNDERSIGNED, being all of the directors of Trade Secret, Inc., a Colorado corporation (the "Company"), hereby consent that the actions recited herein shall be deemed the actions of the Board of Directors of the Corporation with the same effect as if taken at a duly noticed and called meeting of the Board of Directors of the Corporation, and direct that this writing be filed with the minutes of proceedings of the Corporation's Board of Directors, pursuant to the provisions of Section 7-108-202 of the Colorado Business Corporation Act:

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, as well as the spa and hair salon industry, the overall retail market and credit market conditions; and

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "Petition"); and it is further

RESOLVED that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that any officer of the Company designated by the Board of Directors (collectively, the "Designated Officers"), be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and to make or cause to be made prior to or after the execution thereof any modifications or amendments to the Petition or any other ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel to the Company and to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that SSG Capital Advisors, LLC ("SSG") be, and hereby is, authorized and empowered to represent the Company as its investment banker, with regard to the Chapter 11 proceeding and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of SSG; and it is further

RESOLVED, that Epiq Bankruptcy Solutions, LLC ("Epiq") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with any case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Epiq; and it is further

RESOLVED that the Designated Officers be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Officers be, and they hereby are, authorized and directed on behalf of and in the name of the Company, to negotiate and take all actions necessary or appropriate for the Company to enter into one or more agreements for the usage of cash collateral during the Chapter 11 proceeding (collectively, the "Cash Collateral Documents") with Regis Corporation ("Regis"), the Company's existing secured lender and, if appropriate, such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the

"Credit Documents"), in each case, as may be deemed necessary or appropriate by the Designated Officers; and it is further

RESOLVED that the Designated Officers be, and they hereby are, authorized and directed on behalf of and in the name of the Company to negotiate and enter into an agreement for the sale of all or substantially all of the Company's assets to Regis and/or its assignee, pursuant to a credit bid of Regis's secured debt, subject to higher and better offers; and it is further

RESOLVED, that the Designated Officers be, and they hereby are, authorized and directed, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Cash Collateral Documents, Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the Designated Officers deem necessary and proper in connection with the Chapter 11 case or with any cash collateral agreements contemplated; and it is further

RESOLVED, that each and every officer of the Company be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and be it further

RESOLVED, that all actions heretofore taken by any officer or director of the Company in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the directors of the Corporation have executed this Consent as of the date or dates written below.

**DIRECTORS:**

*/s/ Brian Luborsky*
Brian Luborsky
Date: July 6, 2010


*/s/ David Danziger*
David Danziger
Date: July 6, 2010


*/s/ Hobart Truesdell*
Hobart Truesdell
Date: July 6, 2010

YCST01:9676697.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　069219.1001