**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRADE SECRET, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 10-12153 (KG)<br><br>(Jointly Administered)<br><br>Bid Procedures Hearing Date: July 21, 2010 at 11:00 a.m. (ET)<br>Deadline to Object to Bid Procedures: July 16, 2010 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:    (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THE PARTIES INCLUDED ON THE DEBTORS' CONSOLIDATED LIST OF TWENTY (20) CREDITORS HOLDING THE LARGEST UNSECURED CLAIMS; (C) ALL PARTIES ENTITLED TO NOTICE UNDER RULE 2002-1(B) OF THE LOCAL RULES OF BANKRUPTCY PRATICE AND PROCEDURE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE; (D) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (ONCE APPOINTED); AND (E) THE DEBTORS' LANDLORDS OR THEIR COUNSEL (IF KNOWN)

        **PLEASE TAKE NOTICE** that on July 8, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the **Debtors' Motion** (the "Motion")[2] **for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I)(A) Approving Procedures In Connection With Sale of Debtors' Assets; (B) Approving Form of Asset Purchase Agreement; (C) Scheduling Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving Form and Manner of Notice Thereof; and (F) Granting Related Relief** (the "Bid Procedures Order")**; and (II)(A) Authorizing Sale of Such Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief** (the "Sale Order") [Docket No. 19] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion can be obtained by contacting the undersigned counsel to the Debtors (Attn: Melissa Bertsch, mbertsch@ycst.com) at the below address.

---

[1]    The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret Inc. (EIN XX-XXX9005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-XXX9865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Avenue, #200, Markham, Ontario, L3R 0G7, Canada.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be filed with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 16, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline").[3] At the same time, you must serve a copy of your response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to entry of the proposed Bid Procedures Order will be held on July 21, 2010 at 11:00 a.m. (ET) before the Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware (the "Bid Procedures Hearing"). The Bid Procedures Hearing will be conducted telephonically unless, prior to the commencement of the Bid Procedures Hearing, there are unresolved objections to entry of the Bid Procedures Order. Parties wishing to appear telephonically at the Bid Procedures Hearing must notify CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business days prior to the Bid Procedures Hearing. If, prior to the commencement of the Bid Procedures Hearing, there are unresolved objections to entry of the Bid Procedures Order, the Bid Procedures Hearing will be held in-person at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Court has not yet scheduled a date for the Sale Hearing, at which time the Debtors will seek entry of the Sale Order. At a later date, you will receive a notice of the date of the Sale Hearing and the deadline by which parties must file and serve objections to entry of the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may enter the proposed Bid Procedures Order without further notice or hearing.

Dated: Wilmington, Delaware
July 8, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Joseph M. Barry
James L. Patton, Jr. (No. 2202)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
Ryan M. Bartley (No. 4985)
Andrew L. Magaziner (No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-5039
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[3] As noted on the record of the hearing held in these cases on July 7, 2010, the Objection Deadline for the official committee of unsecured creditors is July 19, 2010 at 12:00 p.m. (ET)