UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Trade Secret, Inc., *et al.* | : | Case No. 10-12153 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Proctor & Gamble Co.**, Attn: Jackie Mulligan, Tower North, 2 Proctor & Gamble Plaza, Cincinnati, OH 45202, Phone: 513-945-8092, Fax: 866-745-1804

2. **Sexy Hair Concepts**, Attn: Mark Milner, 21551 Prairie St., Chatsworth, CA 91311, Phone: 818-435-0800, Fax: 818-435-0891

3. **Simon Property Group, Inc.**, Attn: Ron Tucker, 225 W. Washington St., Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

4. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 North Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

5. **Developers Diversified Realty Corporation**, Attn: Eric C. Cotton, Esq., 3300 Enterprise Parkway, Beachwood, OH 44122, Phone: 216-755-5660, Fax: 216-755-1600


ROBERTA A. DEANGELIS
United States Trustee, Region 3


　/s/ David L. Buchbinder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: July 16, 2010

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joseph M. Barry, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253