UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRADE SECRET, INC., et al. | ) | |
| . | ) | Case No.: 10-12153(KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

Please take notice that The Official Committee of Unsecured Creditors, by its proposed

attorneys, Cooley, LLP and Eckert Seamans Cherin & Mellott, LLC, appears in this matter

pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the

Bankruptcy Code and requests that all notices given or required to be given in this case and all

papers served or required to be served in this case, be given to and served upon the following:

        Cathy Hershcopf
        Jay Indyke
        Michael Klein
        Lesley Kroupa
        Cooley, LLP
        1114 Avenue of the Americas
        New York, NY 10036
        (212) 479-6392
        (212) 202-4878 (eFax)

                &
        Ronald S. Gellert (DE Bar # 4259)
        Tara Lattomus (DE Bar # 5413)
        Brya Keilson (DE Bar # 0602)
        Eckert Seamans Cherin & Mellott, LLC
        300 Delaware Avenue, Suite 1210
        Wilmington, DE 19801
        Telephone (302) 425-0430
        Facsimile (302) 425-0432
        delawarebankruptcy@eckertseamans.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notice of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, otherwise filed or made with regard to the referenced case and proceedings herein.

Date: July 19, 2010

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

/s/ Ronald S. Gellert
Ronald S. Gellert (DE Bar # 4259)
Tara Lattomus (DE Bar # 5413)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 (Facsimile)
*Proposed Counsel for The Official Committee of Unsecured Creditors*

&

Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6392
(212) 202-4878 (eFax)
*Proposed Counsel for the Official Committee of Unsecured Creditors*