# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Premier Salons Beauty Inc.                                   Case No.  10-12152

                                           Debtor                                   Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 5 | $0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $31,871,119.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $41,872.12 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | |
| | | 15 | $0.00 | $31,912,991.12 | |

## GLOBAL NOTES TO DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Premier Salons Beauty Inc. ("PSBI"), Trade Secret, Inc. ("Trade Secret"), Premier Salons Trade Secret Inc. ("PSTSI"), BeautyFirst, Inc. ("Beauty First"), Trade Secret Beauty Stores Inc. ("Trade Beauty"), Trade Secret Exclusive Stores Inc. ("Trade Exclusive"), Trade Secret Luxury Stores Inc. ("Trade Luxury"), and PureBeauty, Inc. ("Pure Beauty") (each a "Debtor" and collectively, the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and Statements prepared by the Debtors as of July 5, 2010 are unaudited, from a variety of different sources available to the Debtors and were prepared with such data to provide a cut-off as near as possible July 6, 2010 (the "Petition Date"). While the Debtors' management and advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expect they will do so as information becomes available. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated". The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on their Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

As it would be expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests, unless otherwise noted, the carrying value on the Debtors' books (net book value), rather than the current market values, of the Debtors' interests in property and of the Debtors' liabilities, is reflected on the Schedules and Statements.

The Debtors reserve all of their rights with respect to any causes of action they may have against third parties, whether not such causes of action are or are not listed as assets in their Schedules and Statements and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

The Schedules and Statements have been signed by Robert von der Porten who serves as the Interim Chief Financial Officer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. von der Porten has necessarily relied upon the efforts, statements and representations of the Debtors' personnel and professionals. Mr. von der Porten has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

<u>General Notes</u>

<u>Post-Closing Items Only</u>
PSBI acquired all of the outstanding equity interest in Trade Secret, Pure Beauty and Beauty First as of February 16, 2009 from Regis Corporation ("<u>Regis</u>"). Accordingly, the Schedules and Statements are limited to the presentation of data maintained by the Debtors from the February 16, 2009 to the Petition Date, and do not include any data related to the period when Regis was the owner/operator of any of the Debtors.

<u>Intercompany Accounts</u>
The Debtors utilize a consolidated cash management system based at Trade Beauty. Below is a summary of the Debtors' intercompany account balances, including amounts owed to affiliated non-Debtor entities, which reflect the acquisition accounting utilized by the Debtors.

**Amounts owing to (from) Trade Secret Beauty Stores Inc. by:**

| | | |
|---|---|---|
| **Premier Salons Beauty Inc.** | **$** | **(30,000,000)** |
| **PureBeauty Inc.** | **$** | **9,692,211** |
| **BeautyFirst Inc.** | **$** | **(995,502)** |
| **Trade Secret Exclusive Stores Inc.** | **$** | **(79,938)** |
| **Trade Secret Luxury Stores Inc.** | **$** | **4,791,964** |
| **Premier Entities** | **$** | **2,017,637** |

Intercompany accounts have been excluded from inclusion on Schedules B, E and F for each of the Debtors.

<u>Schedules of Assets and Liabilities</u>

<u>Schedule B Notes</u>

- Except with respect to bank account balances set forth in Schedule B2, all values set forth in Schedule B reflect the book value of the Debtors' assets as of July 3, 2010.

YCST01:10029889.4 069219.1001

- Schedule B2 – Given the number of local depository accounts that Trade Beauty maintains, the balance of these accounts has been presented on an aggregate basis.

- Schedule B21 – The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment or forfeiture of such claim.

- Schedules B28, B29 and B30 – Due to the sheer volume of the Debtors' furniture, fixtures, equipment, supplies and inventory, it would be impractical and unduly burdensome for the Debtors to produce an item-by-item listing of those goods. Therefore, the Debtors have provided categorical listings of those goods as maintained in the Debtors' books and records in the ordinary course of business.

Schedule D Notes

- Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

- Holders of secured claims by virtue of holding setoff rights against the Debtors or leasing equipment to the Debtors are not included on Schedule D. Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

- The secured claims of Regis against each of the Debtors in an amount not less than $31,871,119 arise out of (i) that certain Security Agreement by and among Regis and certain of the Debtors, (ii) that certain Transition Services Agreement by and among Regis and certain of the Debtors, (iii) that certain Subsidiary Security Agreement by and among Regis and certain of the Debtors, (iv) that certain Subsidiary Guaranty by and among Regis and certain of the Debtors, (v) that certain Forbearance Agreement by and among Regis and the Debtors, and (vi) that certain Warehouse Services Agreement by and among Regis and the Debtors (collectively, the "Regis Inventory and Warehouse Transactions").

Schedule E Notes

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits and certain tax claims which arose pre-petition. The Debtors have not included any priority claims that have been satisfied as a result of these first day orders.

- Because the Debtors believe they have satisfied all of their outstanding pre-petition obligations to their employees pursuant to the first day employee wage order, they have not listed any employees in Schedule E. Nonetheless, the

Debtors will provide each person employed by the Debtors from February 16, 2009 through the Petition Date with a bar date notice and proof of claim form.

- The listing of any claim or entity on Schedule E does not constitute an admission by the Debtors that any claim listed or held by an entity listed on Schedule E is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve the right to take the position that any claim listed or held by an entity listed on Schedule E is not entitled to priority treatment.

Schedule F Notes

- The claims listed on Schedule F reflect the amounts owed as of the Petition Date and may not reflect any payments authorized to be made to certain vendors pursuant to the first day orders entered by the Bankruptcy Court. The Debtors reserve the right to assert that claims satisfied during the administration of these cases should be reduced accordingly.

- The Debtors expressly incorporate by reference into Schedules F all parties to pending and potential litigation listed in 4(a) of the Debtors' Statements as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule F.

- Except with respect to leasehold obligations, the Debtors utilize a consolidated cash management and centralized purchasing and payable system administered by Trade Beauty. As such, certain creditors appearing on Schedule F for Trade Beauty may in fact hold claims against a Debtor other than Trade Beauty. The Debtors reserve the right to amend the Schedules or to otherwise contest whether a claim is in fact held against a Debtor other than the Debtor for which the claim has been scheduled.

Schedule G Notes

- While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. To the extent the Debtors become aware of additional executory contracts and unexpired leases (each an "agreement"), they will supplement their Schedules.

- The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any agreement set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of an agreement onto Schedule G shall not be deemed an admission that such agreement is an executory contract or unexpired lease, or that it is necessarily binding, valid and/or enforceable. Any and all of the Debtors' rights, claims and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved.

YCST01:10029889.4                                                                 069219.1001

- Omission of an agreement from Schedule G does not constitute an admission that such omitted agreement is not an executory contract or unexpired lease. Additionally, certain agreements may have been rejected by order of the Bankruptcy Court during the duration of these cases. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. Schedule G may be amended at any time to add any omitted agreement.

- The agreements listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

- Certain of the Debtors' affiliates may have entered into contracts with third parties for the benefit of another Debtor. For the purposes of Schedule G, contracts have been listed only where that Debtor is an actual party to the contract. The omission of any contract from Schedule G to which a Debtor is an intended beneficiary shall not constitute a waiver of any rights the Debtor may have in that contract, including the right to enforce such contract or the right to recover damages in the event that there is a breach of such contract.

## Statements of Financial Affairs

### Statement of Financial Affairs Question 3b

The Debtors have scheduled known payments to creditors aggregating more than $5,850 that were made during the 90 days prior to the Petition Date other than ordinary course wages or expense reimbursements to employees.

The Debtors use a consolidated cash management system and the obligations of the Debtors (other than real property leasehold obligations) are paid by and through Trade Beauty, notwithstanding the fact that certain of those obligations may be obligations of one or more of Trade Beauty's affiliated Debtors.

The Debtors have not listed any payments to insiders made in the 90 days prior to the Petition in response to Question 3b. Reference should be made to the Debtors' response to Question 3c for such information.

YCST01:10029889.4 069219.1001

<u>Statement of Financial Affairs Question 3c</u>
As a result of the Debtors' consolidated cash management system, payments, if any, to any insiders of each Debtor are included among the payments listed in response to Statement of Financial Affairs Question 3c of Trade Beauty.

Substantially all of the Debtors' officers and directors are employed and paid by non-Debtor affiliates.

Intercompany transfers among Debtors are not represented in the Debtors' responses to Question 3c. A summary of intercompany account balances is included in these Global Notes.

<u>Statement of Financial Affairs Question 4</u>
The Debtors have made every effort to include on Exhibit 4 a complete list of all suits and proceedings to which the Debtors were a party within the one year immediately preceding the Petition Date. To the extent the Debtors become aware that they have omitted any suits or proceedings, they will amend their Statements.

<u>Statement of Financial Affairs Question 9</u>
Payments related to debt counseling or bankruptcy appear only in the response to Statement of Financial Affairs Question 9 of Trade Beauty.

<u>Statement of Financial Affairs Question 10</u>
The Debtors have granted a security interest in substantially all of their assets (the "<u>Collateral</u>") to Regis in connection with the Regis Inventory and Warehouse Transactions. However, the Debtors are unable, at this point, to ascertain the value of the Collateral.

<u>Statement of Financial Affairs Question 14</u>
In the ordinary course of their business, the Debtors lease equipment from certain third-party lessors for use in the daily operation of their businesses and otherwise hold property owned by third-parties pursuant to contracts with such parties. Any such leases or contracts are set forth in Schedule G. The property subject to any such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases or contracts reflected in the Statements as property or assets of third-parties within the control of the Debtors.

<u>Statement of Financial Affairs Question 15</u>
The Debtors have included a listing of all store locations that were closed in the period February 16, 2009 through the Petition Date.

<u>Statement of Financial Affairs Question 20</u>
The Debtors do not institute regular inventory counts; instead, the Debtors track inventory on a perpetual basis. The inventory management is overseen by Jim Smith, VP Finance and Project Management.

The Debtors' warehousing, and primarily all of its inventory distribution, is managed by Regis under a warehousing agreement. Regis utilizes a comprehensive program of cycle counts at its

warehouse facility, from which it regularly adjusts its inventory records. The Debtor periodically adjusts its perpetual accounting records based on Regis' warehouse inventory records.

The Debtors also perform cycle counts at its store locations on an unscheduled basis. Cycle counts are completed on assigned SKU numbers as requested by operations management, at which time perpetual inventory records are updated.

Statement of Financial Affairs Question 23
The response to Statement Question 3c is incorporated by reference into the response to Statement Question 23.

* * * END OF GLOBAL NOTES * * *

YCST01:10029889.4

069219.1001

In re:  Premier Salons Beauty Inc.                                    Case No.  10-12152
_____                              _____
                    Debtor                                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

In re:  Premier Salons Beauty Inc.                                    Case No.  10-12152
_____                          _____
                    Debtor                                                    (if known)

# SCHEDULE B - REAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |

# SCHEDULE B - REAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | | COMMERCIAL AUTOMOBILE - ALL OTHER STATES (POL. 41UENP03615) HARTFORD INSURANCE COMPANY | | UNKNOWN |
| | | COMMERCIAL AUTOMOBILE – MA (POL. 41MCPDP4398) HARTFORD INSURANCE COMPANY | | UNKNOWN |
| | | DIRECTOR AND OFFICER LIABILITY / EMPLOYMENT PRACTICES LIABILITY (POL. PHSD49224) PHILADELPHIA INDEMNITY INSURANCE | | UNKNOWN |
| | | ERISA BOND (POL. 105266969) TRAVELERS CASUALTY & SURETY CO. | | UNKNOWN |
| | | GENERAL LIABILITY – US (POL. 34574244) FEDERAL INSURANCE COMPANY | | UNKNOWN |
| | | GENERAL LIABILITY – WOODBURY STORE (POL. 99474084) GREAT NORTHERN INSURANCE COMPANY | | UNKNOWN |
| | | GENERAL LIABILITY & EMPLOYERS LIABILITY - PUERTO RICO (POL. 35874246) FEDERAL INSURANCE COMPANY | | UNKNOWN |
| | | PROPERTY & LIABILITY COVERAGE - CANADA (POL. 35918582) CHUBB INSURANCE COMPANY OF CANADA | | UNKNOWN |
| | | PROPERTY COVERAGE (POL. MXI93014711) AGCS MARINE INSURANCE COMPANY | | UNKNOWN |
| | | UMBRELLA LIABILITY (POL. L4017971717) CONTINENTAL CASUALTY COMPANY | | UNKNOWN |
| | | WORKER'S COMPENSATION - ALL OTHER STATES (POL. 41WEZN2826) TWIN CITIES FIRE INSURANCE COMPANY | | UNKNOWN |
| | | WORKER'S COMPENSATION - HAWAII (POL. 41WBZN8008) HARTFORD UNDERWRITERS INSURANCE COMPANY | | UNKNOWN |
| 10. ANNUITIES. ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |

# SCHEDULE B - REAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS.  ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES.  ITEMIZE. | | PREMIER SALONS TRADE SECRET, INC. - 100% OWNERSHIP INTEREST<br><br>TRADE SECRET, INC. - 100% OWNERSHIP INTEREST | | UNKNOWN<br><br>UNKNOWN |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |

In re:  Premier Salons Beauty Inc.                                Case No.  10-12152

                                Debtor                                               (if known)

# SCHEDULE B - REAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |

Sheet no. 4 of 5 sheet(s) attached to Schedule of Personal Property

In re: Premier Salons Beauty Inc.                                        Case No. 10-12152
                                   Debtor                                                      (if known)

# SCHEDULE B - REAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | X | | | |
| | | | Total | |

In re:  Premier Salons Beauty Inc.                                    Case No.  10-12152
_____                        _____
                    Debtor                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Sched

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> REGIS CORPORATION <br> 7201 METRO BLVD. <br> MINNEAPOLIS, MN  55439 | X | | FEBRUARY 2009 SECURITY INTEREST IN SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS | | | | $31,871,119.00 | UNKNOWN |
| | | | VALUE: | | | | | |

Sheet no. 1 of 1 sheet(s) attached to Schedule of
Creditors Holding Secured Claims

|  | Subtotal | $31,871,119.00 | |
|---|---|---|---|
|  | Total | $31,871,119.00 | |

In re:  Premier Salons Beauty Inc.                  Case No.  10-12152
Debtor                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

Report this total also on the Summary of Schedules. Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.

Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data. Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.

Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐     **Domestic Support Obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

In re:  Premier Salons Beauty Inc.                                              Case No.  10-12152
_____                    _____
                            Debtor                                                          (if known)

☐      **Wages, salaries, and commissions**

       Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐      **Contributions to employee benefit plans**

       Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐      **Certain farmers and fishermen**

       Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)

☐      **Deposits by individuals**

       Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑      **Taxes and Certain Other Debts Owed to Governmental Units**

       Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐      **Commitments to Maintain the Capital of an Insured Depository Institution**

       Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐      **Claims for Death or Personal Injury While Debtor Was Intoxicated**

       Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


       * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DELAWARE DIVISION OF REVENUE<br>PO BOX 2044<br>WILMINGTON, DE  19899-2044 | | | CORPORATE INCOME TAX | X | X | X | $0.00 | $0.00 | $0.00 |
| ACCOUNT NO.<br><br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN, UT  84201-0012 | | | CORPORATE INCOME TAX | X | X | X | $0.00 | $0.00 | $0.00 |

Sheet no. 3 of 3 sheet(s) attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | | |
| Totals | | $0.00 | $0.00 |

In re: Premier Salons Beauty Inc.                                         Case No. 10-12152
_____                    _____
                            Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARI FINANCIAL SERVICES <br> 1270 CENTRAL PARKWAY WEST, SUITE #600 <br> MISSISSAUGA, ON  L5C4P4 <br> CANADA | | | TRADE DEBT | | | | $7,606.37 |
| ACCOUNT NO. <br><br> ASH TRANSPORT LLC <br> 2802 SOUTH MARKET STREET <br> CHATTANOOGA, TN  37410 | | | TRADE DEBT | X | X | X | $0.00 |
| ACCOUNT NO. <br><br> BANK DIRECT CAPITAL FINANCE <br> TWO CONWAY PARK <br> 150 NORTH FIELD DRIVE, SUITE 190 <br> LAKE FOREST, IL  60045 | | | TRADE DEBT | | | | $11,376.05 |
| ACCOUNT NO. <br><br> DOWNS TRANSPORTATION SERVICES, INC. <br> P.O. BOX 91176 <br> CHATTANOOGA, TN  37412 | | | TRADE DEBT | X | X | X | $0.00 |

Sheet no. 1 of 2 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $18,982.42

In re: Premier Salons Beauty Inc.                                     Case No. 10-12152
_____
                           Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JEFFERY SNIDER<br>2324 ADAMS DR<br>ATLANTA, GA 30318 | | | LITIGATION/ ALLEGED INJURY | X | X | X | $0.00 |
| ACCOUNT NO.<br>LISA DIPLACIDO<br>1108 SILVER AVE<br>SAN FRANCISCO, CA 94134 | | | LITIGATION/ ALLEGED INJURY | X | X | X | $0.00 |
| ACCOUNT NO.<br>PENNY KANALAKIS<br>615 CAPUCHINO DR<br>MILBRAE, CA 94030 | | | LITIGATION/ ALLEGED INJURY | X | X | X | $0.00 |
| ACCOUNT NO.<br>QUEST GLOBAL INC.<br>P.O. BOX 3096<br>CARTERSVILLE, GA 30120 | | | TRADE DEBT | X | X | X | $0.00 |
| ACCOUNT NO.<br>THE ROYAL PROMOTION GROUP<br>119 WEST 57TH ST.<br>NEW YORK, NY 10019 | | | TRADE DEBT | X | X | X | $0.00 |
| ACCOUNT NO.<br>T-MOBILE<br>P O BOX 790047<br>ST. LOUIS, MO 63179-0047 | | | TRADE DEBT | | | | $22,889.70 |

Sheet no. 2 of 2 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal | $22,889.70 |
|---|---|---|
|  | Total | $41,872.12 |

In re: Premier Salons Beauty Inc.                                      Case No.  10-12152
_____                          _____
                         Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AGCS MARINE INSURANCE COMPANY<br>300 S. RIVERSIDE PLAZA #1920<br>CHICAGO, IL  60606 | PROPERTY INSURNACE POLICY |
| ARI FINANCIAL SERVICES<br>1270 CENTRAL PARKWAY WEST, SUITE #600<br>MISSISSAUGA, ON  L5C4P4<br>CANADA | COMMERCIAL AUTOMOBILE LEASE AGREEMENT |
| ASH TRANSPORT LLC<br>2802 SOUTH MARKET STREET<br>CHATTANOOGA, TN  37410 | LINEHAUL CARRIER AGREEMENT |
| BANK DIRECT CAPITAL FINANCE<br>TWO CONWAY PARK<br>150 NORTH FIELD DRIVE, SUITE 190<br>LAKE FOREST, IL  60045 | INSURANCE PREMIUM FINANCE AGREEMENT |
| CHUBB INSURANCE COMPANY OF CANADA<br>PO BOX 7777-1630<br>PHILADELPHIA, PA  19175-1630 | CANADIAN PROPERTY & LIABILITY INSURANCE POLICY |
| CONTINENTAL CASUALTY COMPANY<br>333 S. WABASH AVE.<br>C/O BILLINGS & COLLECTIONS 29S<br>CHICAGO, IL  60604-4107 | UMBRELLA LIABILITY INSURANCE POLICY |
| DOWNS TRANSPORTATION SERVICES, INC.<br>P.O. BOX 91176<br>CHATTANOOGA, TN  37412 | LINEHAUL CARRIER AGREEMENT |
| FEDERAL INSURANCE COMPANY<br>PO BOX 7777-1630<br>PHILADELPHIA, PA  19175-1630 | GENERAL LIABILITY & EMPLOYERS LIABILITY INSURANCE POLICY |
| FEDERAL INSURANCE COMPANY<br>PO BOX 7777-1630<br>PHILADELPHIA, PA  19175-1630 | GENERAL LIABILITY INSURANCE PROGRAM |
| FIDELITY SECURITY LIFE INSURANCE COMPANY<br>3130 BROADWAY<br>KANSAS CITY, MS  64111-2406 | EMPLOYEE GROUP PRESCRIPTION BENEFITS PLAN |
| GREAT NORTHERN INSURANCE COMPANY<br>PO BOX 7777-1630<br>PHILADELPHIA, PA  19175-1630 | GENERAL LIABILITY INSURANCE PROGRAM (WOODBURY STORE ONLY) |

In re: Premier Salons Beauty Inc.                                    Case No. 10-12152
_____                          _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY<br>PO BOX 2907<br>HARTFORD, CT 06104-2904 | COMMERCIAL AUTOMOBILE INSURANCE POLICY (ALL STATES OTHER THAN MA) |
| HARTFORD FIRE INSURANCE COMPANY<br>PO BOX 2907<br>HARTFORD, CT 06104-2904 | COMMERCIAL AUTOMOBILE INSURANCE POLICY (MA ONLY) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br>200 HOPMEADOW STREET<br>SIMSBURY, CT 06089 | EMPLOYEE SHORT TERM DISABILITY PLAN |
| HARTFORD UNDERWRITERS INSURANCE COMPANY<br>PO BOX 2907<br>HARTFORD, CT 06104-2904 | HAWAII WORKERS COMP INSURANCE POLICY |
| HEALTH ALLIANCE PLAN OF MICHIGAN<br>2850 WEST GRAND BLVD.<br>DETROIT, MI 48202 | EMPLOYEE GROUP HEALTH PLAN |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>PO BOX 70251<br>PHILADELPHIA, PA 19176-0251 | DIRECTOR AND OFFICER LIABILITY / EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY |
| QUEST GLOBAL INC.<br>P.O. BOX 3096<br>CARTERSVILLE, GA 30120 | LINEHAUL CARRIER AGREEMENT |
| THE ROYAL PROMOTION GROUP<br>119 WEST 57TH ST.<br>NEW YORK, NY 10019 | CONTRACTING SERVICES AGREEMENT TO PROVIDE IN-STORE CONSTRUCTION |
| T-MOBILE<br>PO BOX 790047<br>ST. LOUIS, MO 63179-0047 | CELLULAR PHONE PROVIDER AGREEMENT |
| TRAVELERS CASUALTY & SURETY CO.<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 | ERISA BOND / INSURANCE PROGRAM |
| TWIN CITIES FIRE INSURANCE COMPANY<br>PO BOX 2907<br>HARTFORD, CT 06104-2904 | WORKER'S COMPENSATION INSURANCE POLICY (NON-STATE REGULATED) |

Sheet no. 2 of 2 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

In re: Premier Salons Beauty Inc.                                    Case No.  10-12152
_____                          _____
                Debtor                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | BEAUTYFIRST, INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | PREMIER SALONS TRADE SECRET, INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | PUREBEAUTY, INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | TRADE SECRET BEAUTY STORES, INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | TRADE SECRET EXCLUSIVE STORES INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | TRADE SECRET INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |
| REGIS CORPORATION<br>7201 METRO BLVD.<br>MINNEAPOLIS, MN  55439 | TRADE SECRET LUXURY STORES INC.<br>3762 14TH AVENUE, SUITE 200<br>MARKHAM, ON  L3R 0G7<br>CANADA |

In re: <u>Premier Salons Beauty Inc.</u>         Case No. <u>10-12152</u>

Debtor (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, Robert von der Porten the Interim Chief Financial Officer of Premier Salons Beauty Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.


Date <u>August 13, 2010</u>         Signature <u>/s/ Robert von der Porten</u>

<u>Robert von der Porten</u>
[Print or type name of individual signing on behalf of debtor.]

<u>Interim Chief Financial Officer</u>
[Indicate position or relationship to debtor]