**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRADE SECRET, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12153 (KG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 29, 2010 AT 10:00 A.M. (ET)**

**WITHDRAWN/ADJOURNED MATTERS:**

1. Motion of PREIT Services, LLC as Agent for PR Financing Limited Partnership, for an Order Pursuant to 11 U.S.C. §§ 365(d)(3) and 105(a) Compelling the Debtors Immediately to Pay Post-Petition Rent and Other Lease Obligations Due and Owing Under a Nonresidential Real Property Lease [Docket No. 646, 12/7/10]

   Objection Deadline: December 22, 2010 at 4:00 p.m. (ET)

   Related Pleadings: None

   Objections/Responses Received:

   a) Withdrawal of Motion of PREIT Services, LLC as Agent for PR Financing Limited Partnership, for an Order Pursuant to 11 U.S.C. §§ 365(d)(3) and 105(a) Compelling the Debtors Immediately to Pay Post-Petition Rent and Other Lease Obligations Due and Owing Under a Nonresidential Real Property Lease [Docket No. 683, 12/21/10]

   Status: This matter has been withdrawn.

2. Motion of the Taubman Landlords to Compel Payment of Administrative Rent and Cure Amounts [Docket No. 658, 12/13/10]

   Objection Deadline: December 22, 2010 at 4:00 p.m. (ET) (extension to January 19, 2011 for the Debtors)

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret Inc. (EIN XX-XXX9005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-4119865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Avenue, # 200, Markham, Ontario L3R 0G7, Canada.

Related Pleadings: None at this time

Objections/Responses Received: None at this time

Status: This matter is adjourned to January 26, 2011 at 10:00 a.m. (ET).

**CONTESTED MATTERS GOING FORWARD:**

3. Notice of Designation of Certain Agreements Set Forth on Exhibit A [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 632, 11/29/10]

Objection Deadline: December 9, 2010 at 4:00 p.m. (ET)

Related Pleadings:

a) Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I) Authorizing Sale of Such Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (III) Granting Related Relief [Docket No. 464, 9/16/10]

Objections/Responses Received:

b) "Contract Objection" of Westfield LLC to Proposed Cure Amounts Set Forth in Debtors' Notice of Designation [Docket No. 649, 12/8/10]

Status: This matter is going forward.

4. Notice of Designation of Certain Agreements Set Forth on Exhibit A [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 655, 12/10/10]

Objection Deadline: December 20, 2010 at 4:00 p.m. (ET) (extension to January 7, 2011 for Simon Properties)

Related Pleadings:

a) Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I) Authorizing Sale of Such Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (III) Granting Related Relief [Docket No. 464, 9/16/10]

Objections/Responses Received:

b) The Taubman Landlords' Revised Objection to Proposed Cure Amounts [Docket No. 672, 12/20/10]

c) Limited Objection of GGP Limited Partnership and Trademark Property Company to the Notice of Designation of Certain Agreements Set Forth on Exhibit A [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 676, 12/20/10]

d) Steamtown Mall Partners, LP's Limited Objection to Debtors' Notice of Designation [Docket No. 678, 12/20/10]

e) Limited Objection of Simon Property Group, Inc. to the Notice of Designation of Certain Agreements Set Forth on Exhibit A [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 679, 12/20/10]

f) Limited Objection of Glimcher Properties Limited Partnership to Proposed Cure Amounts Set Forth in Debtors' Notice of Designation of Assigned Contracts and Reservation of Rights with Respect to Adequate Assurance of Future Performance [Related to Docket No. 655] [Docket No. 680, 12/20/10]

Status: Item (e) has been resolved. Item (b), (d) and (f) are adjourned to January 26, 2011 at 10:00 a.m.(ET). All other matters are going forward.

**MATTERS GOING FORWARD – STATUS CONFERENCE**:

5. Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 237, 8/9/10]

Objection/Counterstatement Deadline: September 7, 2010 at 4:00 p.m. (ET) (extension to September 9, 2010 at 12 Noon (ET) for Simon Properties, CBL Associates Management, Inc., The Irvine Company, and Windward Mall)

Related Pleadings:

a) Notice of Amendment to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 311, 8/20/10]

b) Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I) Authorizing Sale of Debtors' Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (III) Granting Related Relief [Docket No. 464, 9/16/10]

c) Order Resolving Limited Objection of Elavon, Inc. to the Assumption and Assignment of Payment Device Processing Agreement Pursuant to the Debtors' Sale Motion [Docket No. 514, 10/4/10]

d) Notice of Filing of Cure Reconciliation Status Chart [Docket No. 576, 11/1/10]

e) Notice of Filing of Cure Reconciliation Status Chart [Docket No. 628, 11/29/10]

f) Notice of Filing of Cure Reconciliation Status Chart [Docket No. 692, 12/27/10]

Objections/Counterstatements Received:

g) Counterstatement of South Coast Plaza [Docket No. 319, 8/24/10]

h) Counterstatement of Bohannon Development Company to Cure Costs [Docket No. 321, 8/25/10]

i) Counterstatement of PREIT-Rubin, Inc. and PREIT Services, LLC, as Agent for Various Landlords, to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 336, 8/30/10]

j) Counterstatement of Watercress Associates, LP, LLP-Pearlridge Center to Debtors' Cure Statement [Docket No. 346, 8/31/10]

k) Counterstatement of Century Plaza, LLC to Cure Costs [Docket No. 356, 9/2/10]

l) Taubman Landlords Objection to Proposed Cure Amounts [Docket No. 357, 9/2/10]

m) Counterstatement/Objection of CHET, Inc., H.O.W.E. Inc., Houston BW, Inc., SKOC, Inc., Shaban Sisters, Inc., and This is it, LLC to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases In Connection with Proposed Sale of Debtors' Assets [Docket No. 358, 9/3/10]

n) Counterstatement of Pyramid, The Lightstone Group and Steamtown Mall Landlords to Debtors' Proposed Cure Costs [Docket No. 362, 9/3/10]

o) Objection and Counterstatement by Westfield, LLC and Certain Affiliates in Accordance with Order (a) Approving Procedures in Connection with Sale of Debtors' Assets; (b) Approving Form of Asset Purchase Agreement; (c)Scheduling Auction and Hearing to Consider Approval of Sale; (d) Approving procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (e) Approving Form and Manner of Notice Thereof; and (f) Granting Related Relief [Docket No. 375, 9/7/10]

p) Cure Amount Counterstatement from Empresas Puertorriquenas de Desarrollo, Inc. (Store 7699) [Docket No. 380, 9/7/10]

q) Counterstatement of Blake Development Company [Docket No. 382, 9/7/10]

r) Limited Objection and Counterstatement of Glimcher Properties Limited Partnership to Debtors' (1) Proposed Lease Cure Amounts and (2) Proposed Assumption and Assignment of Certain Unexpired Leases [Docket No. 383, 9/7/10]

s) Limited Objection and Counterstatement of Clackamas Town Center, Kimco PK Inc., Kimschott Factoria Mall LLC, Fremont Retail Partnership, Columbia SC LLC, KUBS Dulles LLC, and Timonium Crossing to Cure Amounts of Certain Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 384, 9/7/10]

t) Objection and Counterstatement of Trademark Property Company, Levin Management Corporation, Aronov Realty Management, Centro Properties Group, Federal Realty Investment Trust, GGP Limited Partnership, DIP, Kravco Simon Company, UBS Realty Investors LLC to Cure Amounts to the Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 385, 9/7/10]

u) Limited Objection of The Macerich Company, U.S.A. Investments, Inc., Southgate Mall Associates, LLC, and Cousins Properties, Incorporated to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets (Cure Objection) [Docket No. 386, 9/7/10]

v) Objection and Counterstatement of Inland Southwestern Management, Inc. to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 388, 9/7/10]

w) Objection of Developers Diversified Realty Corp. to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 389, 9/7/10]

x) Objection of Gregory Greenfield & Associates, Ltd. to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 390, 9/7/10]

y) Objection of Jones Lang LaSalle Americas, Inc. to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 391, 9/7/10]

z) Objection of Inland US Management, Inc. to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 392, 9/7/10]

aa) Objection of Regency Centers, L.P. to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 393, 9/7/10]

bb) Objection of Inland Continental Property Management, LLC to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 394, 9/7/10]

cc) Objection of Four Embarcadero Center Venture and RMV Holdings, L.P. LLC to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 395, 9/7/10]

dd) Objection of Magic Valley Mall to Debtors’ Proposed Cure Costs [Docket No. 407, 9/8/10]

ee) Objection of University Mall Shopping Center Debtors’ Proposed Cure Costs [Docket No. 408, 9/8/10]

ff) Counterstatement of CBL & Associates Management, Inc., as Managing Agent for Various Landlords, to Debtors’ Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors’ Assets [Docket No. 416, 9/9/10]

gg) Objection of Windward Mall to Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 421, 9/9/10]

hh) Objection of The Irvine Company, LLC to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 422, 9/9/10]

ii) Supplement to Limited Objection and Counterstatement of Clackamas Town Center, Kimco PK Inc., Kimschott Factoria Mall LLC, Fremont Retail Partnership, Columbia SC LLC, KUBS Dulles LLC, and Timonium Crossing to Cure Amounts of Certain Unexpired Leases in Connection with Proposed Sale of Debtors' Assets [Docket No. 425, 9/9/10]

jj) South Coast Plaza's Amendment to Counterstatement of Cure Costs [Docket No. 476, 9/20/10]

kk) Limited Objection and Counterstatement of Kubs Dulles, LLC and Timonium Crossing, LLC to Notice of Filing of Cure Reconciliation Status Chart [Related To Docket No. 576] [Docket No. 590, 11/8/10]

ll) Limited Objection and Counterstatement of AmCap Aborland LLC to Notice of Filing of Cure Reconciliation Status Chart [Docket No. 611, 11/16/10]

Status: The Debtors have filed a chart regarding the status of the cure objections/counterstatements.

Dated: Wilmington, Delaware
December 27, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*

Joseph M. Barry (Bar No. 4221)
Kenneth J. Enos (Bar No. 4544)
Ryan M. Bartley (Bar No. 4985)
Andrew L. Magaziner (Bar No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors-in-Possession*