**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRADE SECRET, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12153 (KG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**<u>HEARING ON JANUARY 28, 2011 AT 9:30 A.M. (ET)</u>**

**<u>MATTERS GOING FORWARD:</u>**

1. Notice of Designation of Certain Agreements Set Forth on <u>Exhibit A</u> [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 655, 12/10/10]

Objection Deadline: December 20, 2010 at 4:00 p.m. (ET) (extension to December 27, 2010 at 5:00 p.m. for CB&L Associates and extension to January 7, 2011 for Simon Properties)

Related Pleadings:

a) Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I) Authorizing Sale of Such Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (III) Granting Related Relief [Docket No. 464, 9/16/10]

Objections/Responses Received:

b) The Taubman Landlords' Revised Objection to Proposed Cure Amounts [Docket No. 672, 12/20/10]

c) Limited Objection of GGP Limited Partnership and Trademark Property Company to the Notice of Designation of Certain Agreements Set Forth on Exhibit A [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 676, 12/20/10]

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret Inc. (EIN XX-XXX9005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-4119865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Avenue, # 200, Markham, Ontario L3R 0G7, Canada.

d) Steamtown Mall Partners, LP's Limited Objection to Debtors' Notice of Designation [Docket No. 678, 12/20/10]

e) Limited Objection of Simon Property Group, Inc. to the Notice of Designation of Certain Agreements Set Forth on Exhibit A [Thereto] as Assigned Contracts Under that Certain Asset Purchase Agreement Dated as of October 11, 2010 [Docket No. 679, 12/20/10]

f) Limited Objection of Glimcher Properties Limited Partnership to Proposed Cure Amounts Set Forth in Debtors' Notice of Designation of Assigned Contracts and Reservation of Rights with Respect to Adequate Assurance of Future Performance [Related to Docket No. 655] [Docket No. 680, 12/20/10]

g) Limited Objection of CBL & Associates Management, Inc., as Managing Agent for Various Landlords to Debtors Notice of Designation of Certain Agreements as Assigned Contracts [Docket No. 695, 12/27/10]

Status: The Debtors believe that all matters have been resolved or will be resolved at or prior to the hearing.

2. Notice of Satisfaction of Conditions Precedent to Dismissal of the Debtors' Chapter 11 Cases [Docket No. 709, 1/7/11]

Objection Deadline: January 21, 2011 at 4:00 p.m. (ET)

Related Pleadings:

a) Debtors' Motion for an Order Pursuant to Sections 105(a) and 1112(b) of the Bankruptcy Code and 8 Del. C. § 303 (I) Approving the Dismissal of the Debtors' Chapter 11 Cases; (II) Authorizing the Dissolution of the Debtors' Corporate Entities; and (III) Granting Related Relief [Docket No. 534, 10/12/10]

b) Notice of Amendment to Debtors' Motion for an Order Pursuant to Sections 105(a) and 1112(b) of the Bankruptcy Code and 8 Del. C. § 303 (I) Approving the Dismissal of the Debtors' Chapter 11 Cases; (II) Authorizing the Dissolution of the Debtors' Corporate Entities; and (III) Granting Related Relief [Docket No. 555, 10/18/10]

c) Order Pursuant to Sections 105(a) and 1112(b) of the Bankruptcy Code and 8 Del. C. § 303 (I) Approving Procedure for the Dismissal of the Debtors' Chapter 11 Cases; (II) Authorizing Procedure for the Dissolution of the Debtors' Corporate Entities; and (III) Granting Related Relief [Docket No. 578, 11/2/10]

d) Withdrawal of Objection of PREIT Services, LLC, as Agent for Various Landlords, to Debtors' Motion for an Order Pursuant to 11 USC 105(a) and 1112(b) Dismissing Chapter 11 Cases and Granting Related Relief [Docket No. 748, 1/24/11]

Objections/Responses Received:

e) Objection of PREIT Services, LLC, as Agent for Various Landlords, to Debtors' Motion for an Order Pursuant to 11 USC 105(a) and 1112(b) Dismissing Chapter 11 Cases and Granting Related Relief [Docket No. 727, 1/14/11]

f) Limited Objection of CBL & Associates Management, Inc., as Managing Agent for Various Landlords, to Debtors' Notice of Satisfaction of Conditions Precedent to Dismissal of the Debtors' Chapter 11 Cases [Docket No. 735, 1/21/11]

g) Limited Objection of Houston BW, Inc., CHET, Inc., SKOC, Inc., SKOCO III, Inc., SKOCO IV, Inc., Shaban Sisters, Inc. and This Is It, LLC to Notice of Satisfaction of Conditions Precedent to Dismissal of the Debtors' Chapter 11 Cases [Docket No. 736, 1/21/11]

h) Limited Objection of GGP Limited Partnership, Federal Realty Investment Trust, Centro Properties Group, Trademark Properties, UBS Realty Investors LLC, Agent and Levin Management Corporation to the Notice of Satisfaction of Conditions Precedent to Dismissal of the Debtors' Chapter 11 Cases [Docket No. 739, 1/21/11]

i) Limited Objection and Reservation of Rights of Glimcher Properties Limited Partnership to (I) Notice of Satisfaction of Conditions Precedent to Dismissal of the Debtors' Chapter 11 Cases; and (II) Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 741, 1/21/11]

j) Limited Objection of Developers Diversified Realty Corp., Four Embarcadero Center Venture, Gregory Greenfield & Associates Ltd., Jones Lang LaSalle Americas Inc., Regency Centers L.P., RMV Holdings L.P., and Somera Capital to Debtors' Notice of Satisfaction of Conditions Precedent to Dismissal of Debtors' Chapter 11 Cases [Docket No. 742, 1/21/11]

Status: Item (e) has been resolved and withdrawn. Item (g) has been resolved in principle and the parties are working on consensual language to be included in the proposed order. Item (h) has been resolved solely as it pertains to GGP Limited Partnership. Items (f), (i), (j) and (h) (as (h) pertains to all parties other than GGP Limited Partnership) have been resolved or will be resolved at or prior to the hearing.

**CONTESTED MATTER GOING FORWARD:**

3. Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 689, 12/22/10]

Objection Deadline: January 12, 2011 at 4:00 p.m. (ET) (extension to January 14, 2011 for CB&L Associates and extension to January 18, 2011 for Glimcher Supermall Venture, LLC)

Related Pleadings:

a) Correction to Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 703, 12/29/10]

b) Agreed Supplement to Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 740, 1/21/11]

c) Amendment to Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 753, 1/25/11]

Objections/Responses Received:

d) Informal Response of Bay Alarm

e) Response of Caleel + Hayden d/b/a gloProfessional to Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 715, 1/11/11]

f) Limited Objection of Developers Diversified Realty Corp. to Debtors' Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 737, 1/21/11]

g) Limited Objection and Reservation of Rights of Glimcher Properties Limited Partnership to (I) Notice of Satisfaction of Conditions Precedent to Dismissal of the Debtors' Chapter 11 Cases; and (II) Notice of Filed Administrative Claims to be Assumed and Included on Schedule 2.3(f) to Asset Purchase Agreement [Docket No. 741, 1/21/11]

Status: Item (d) has been resolved. Item (e) will be going forward with argument. Items (f) and (g) have been resolved or will be resolved at or prior to the hearing.

Dated: Wilmington, Delaware
January 26, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*<u>/s/ Joseph M. Barry</u>*
Joseph M. Barry (Bar No. 4221)
Kenneth J. Enos (Bar No. 4544)
Ryan M. Bartley (Bar No. 4985)
Andrew L. Magaziner (Bar No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors-in-Possession*